JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney - State Bar #142561
CHARLES E. VOSE, Deputy City Attorney - State Bar #139700
One Frank H. Ogawa Plaza, 6th Floor, Oakland, California  94612
Telephone:  (510) 238-2961       Fax:  (510) 238-6500
24310/347325

Attorneys for Defendants
City of Oakland, et al.

**FILED**
SEP 0 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNART COLLINS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HEALY, INDIVIDUALLY, AND IN HIS CAPACITY AS AN EMPLOYEE OF THE OAKLAND POLICE DEPARTMENT, AND THE CITY OF OAKLAND,<br><br>Defendants. | Case No. C-05-00672-WHA<br><br>**ORDER** |

Upon application by defendant in this action, Michael Healy, it is hereby ordered as follows:

Michael Healy's presence at the confirmed mediation in this action, scheduled for September 20, 2005, is hereby excused.

**IT IS SO ORDERED.**

Dated: September 6, 2005

_____
THE HONORABLE WAYNE D. BRAZIL
UNITED STATES DISTRICT MAGISTRATE

cc: WHA, WDB, ADR, neutral, staffs, requesting party with direction to serve all parties.