IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYNART COLLINS,

    Plaintiff,

  v.

MICHAEL HEALY AND THE CITY OF OAKLAND,

    Defendants.
                                           /

No. C 05-00672 WHA

**ORDER RE DISMISSAL**

Settlement Conference Minutes for Magistrate Judge Edward M. Chen reflect that this action settled on March 15, 2006. The parties have not filed a stipulated dismissal. A pretrial conference is set for April 17, 2006. Parties are **ORDERED TO FILE, BY NOON, WEDNESDAY, APRIL 12, 2006,** either a stipulated dismissal or a statement that the settlement has failed.

**IT IS SO ORDERED.**

Dated: April 5, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE