UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0672 MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |
| v. | |
| DAVID HENDERSON, | |
| Defendant(s). | |

This matter came on pursuant to an Order to Show Cause on March 9, 2009, why supervised release should not be revoked. Defendant appeared in person with his attorney Geoffrey Hansen. The United States was represented by Assistant United States Attorney Nat Cousins.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 1: Violation of Standard Condition which states that defendant shall not commit another federal, state, or local crime in that on May 9, 2008, a six count Felony complaint was filed in San Francisco County Superior Court charging defendant with violations of California Penal Code § 245(c), § 2800.2, § 20002(a), and § 148(a)(1).

Based on the foregoing,

IT IS ADJUDGED that supervised release is hereby REVOKED, and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of twenty-four (24) months. No further term of supervised release is ordered.

Dated: 3/12/09

MARILYN HALL PATEL
United States District Court

2